IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN W. RICHARDSON,

    Petitioner,           No. 2:08-cv-2973 FCD JFM (PC)

    vs.

SACRAMENTO SUPERIOR COURT,

    Respondent.        <u>ORDER</u>

_____/

    This petition for writ of mandate was dismissed on January 22, 2009. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: April 21, 2009.

                                UNITED STATES MAGISTRATE JUDGE

/001; rich2973.158